FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHEAL HANLEY BAUSCH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO: 2:18-CV-265-RMP<br><br>JOINT STIPULATED PROTECTIVE ORDER |

BEFORE THE COURT is the Parties' Joint Stipulated Protective Order Regarding Preservation of Privilege Claims, ECF No. 27-1. Having reviewed the proposed order and the remaining record, the Court finds that good cause exists to enter the parties' proposed Protective Order. Accordingly, **IT IS HEREBY ORDERED** that the Parties' Joint Stipulated Protective Order, **ECF No. 27-1**, is **ENTERED**. The protective order is set forth below:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case

or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** June 13, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge